UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:16-CR-106 |
| | ) | |
| STEVEN NYGREN | ) | |

**UNOPPOSED MOTION TO EXTEND SENTENCING DEADLINES**

The Defendant, though undersigned counsel, request that this Honorable Court extend the sentencing deadlines in this case. The Government, through its counsel, Chris Ruge, Esq., AUSA, has been consulted and does not object to the requested extension. In support of this motion, the Defendants state as follows:

1. On October 19, 2017, the Government filed its Sentencing Memorandum in the above-listed action. The memorandum is 30 pages long, which addresses numerous legal issues, and is accompanied by 41 exhibits.

2. The Defendant's Responsive Sentencing Memo is due on November 2, 2017. The Defense requires additional time to respond to the numerous legal and factual issues presented in the Government's memorandum. Accordingly, the Defense is requesting an extension by which to file its response the Government's Sentencing Memorandum, until November 13, 2017.

3. In turn, the Government's Reply would be extended until November 27, 2017. The deadline for the filing of the joint exhibit list would be extended until November 27, 2017 as well.

4. As indicated above, the Government, through its counsel, Chris Ruge, Esq., AUSA, has been consulted and objections to the requested continuance.

Dated at Portland, Maine this 30th day of October, 2017.

                          Respectfully submitted,

                          /s/ Roger F. Brunelle Jr.
                          Roger F. Brunelle Jr., Esq.
                          75 Pearl Street, 2nd Floor
                          Portland, ME 04101
                          207-699-4357
                          Roger@rbrunellelaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2017, I electronically filed Defendant's Unopposed Motion to Extend Sentencing Deadlines, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Chris Ruge, Esq.
Assistant U.S. Attorney
U.S. Department of Justice
Unites States Attorney's Office
Margaret Chase Smith Federal Building
202 Harlow St., Room 111
Bangor, Maine 04401
(Attorney for United States of America)

Dated at Portland, Maine this 30th day of October, 2017.

                Respectfully submitted,

                /s/ Roger F. Brunelle Jr.
                Roger F. Brunelle Jr., Esq.
                75 Pearl Street, 2nd Floor
                Portland, ME 04101
                207-699-4357
                Roger@rbrunellelaw.com