# United States Court of Appeals
## For the First Circuit

No. 18-1548

UNITED STATES OF AMERICA,

Appellee,

v.

STEVEN NYGREN,

Defendant, Appellant.

**JUDGMENT**

Entered: August 6, 2019

    This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Heather Clark
Steven Nygren
Julia M. Lipez
Benjamin M. Block
Chris Ruge