# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>STEVEN NYGREN )<br>) | Criminal No. 1:16-CR-00106-JAW |

## APPOINTMENT OF COUNSEL & SCHEDULING ORDER

Petitioner has filed a *pro se* Petition for Compassionate Release pursuant to the 2018 First Step Act, 18 U.S.C. § 3582(c) and (d). (*Motion*, ECF No. 95). The petitioner has previously been determined to have been entitled to appointment of counsel or has otherwise established indigency. The Court hereby appoints Attorney Stephen C. Smith, Esq., designated CJA Counsel, to represent Defendant on any claim Defendant might have.

Appointed counsel shall have 7 days from the date of this order to file an Amended Petition for Compassionate Release or to notify the Court that the case will proceed based on the initial petition. The United States Attorney shall have seven (7) days to file a response from the filing of petitioner's amended petition or notice. Appointed counsel shall have four (4) days for a reply but may waive the right to file a reply. If the Defendant's personal or institutional medical circumstances change before the completion of any deadlines outlined in this order, the Defendant may supplement his/her petition.

The United States Probation Office for the District of Maine ("Probation Office") is authorized to disclose to appointed counsel the following documents to be used for preparing any amended petition or reply: Presentence Investigation Reports, Statements of Reasons, Judgments, Summary Reports, contact information for the United States Bureau of Prisons ("BOP") Case Managers and any BOP facility status updates. The Clerk's Office is authorized to facilitate the Probation Offices' disclosures as necessary.

The Court directs the United States Attorney for the District of Maine ("United States Attorney") to meet and confer with appointed counsel to facilitate the process of obtaining from the BOP, the most recent and relevant documents, including but not limited to, the inmate's progress report, sentence computation form, financial responsibility form, inmate education data, disciplinary data, inmate profile, medical records, and the BOP's recommendation for release, if any. To the extent necessary, appointed counsel will assist petitioner in executing a release form authorizing the BOP to disclose institutional records.

SO ORDERED this 26th day of May, 2020.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE