UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

STEVEN NYGREN    )
                    )
       Petitioner   )
                    )
v.                )     1:16-cr-00106-JAW
                    )
UNITED STATES OF  )
  AMERICA        )
                    )
       Respondent  )

PETITIONER'S SUPPLEMENTAL BRIEF
TO EMEGENCY MOTION FOR MODIFICATION OF SENTENCE
PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)
IN LIGHT OF THE IMMINENT THREAT OF CONTRACTING
<u>THE COVID-19 VIRUS</u>

NOW COMES the Petitioner, by and through undersigned counsel, and supplements his Emergency Motion for Modification as follows:

## I.    General Background on COVID-19A

On March 11, 2020, the World Health Organization (WHO) classified COVID-19, a disease caused by the new strain of coronavirus, as a pandemic.[1] On March 13, 2020, the President declared the COVID-19 outbreak a national emergency.[2]

As of June 1, 2020, COVID-19, has infected over 6,180,500 people in at least 177 countries, leading to at least 373,218 deaths worldwide.[3] COVID-19 has infected at least 1,807,256 people in the United States – more than any other country – and 64,703 deaths have resulted.[4]

As quick as COVID-19 is spreading across the country, it is spreading through the federal prison system even faster: currently the cumulative rate of rise in COVID-19 cases is nearly twice that of the national cumulative rate of rise.[5] As of June 1, 2020, at least 68 inmates have died in the custody of the BOP.[6] Most significantly, as of June 1, 2020, FMC Devens has confirmed active cases of 44 inmates and 45 staff.[6] That figure does not include individuals who have died in pretrial or presentence detention at local facilities. According to the BOP, as of June 1, 2020, at least 1,650 inmates and 171 staff at 62 facilities have tested positive for COVID-19 and positive cases have infiltrated BOP facilities in every region of the country, including in New York, Oklahoma, Florida, Ohio, Delaware, Tennessee, Louisiana, Georgia, Arizona, Texas, California, Pennsylvania, Arkansas, Kansas, Washington, New Jersey, Maryland, Massachusetts, Mississippi, Connecticut, North Carolina, South Carolina, Alabama, Michigan, Illinois, Missouri, Wisconsin, Kentucky, Washington, D.C., and Guam.[7] While the infection rate based on available BOP data is disturbing, "because testing has been grossly in sufficient, these numbers are almost certainly an undercount."[8]

Employees at federal prisons are sounding the alarm that facilities lack the manpower to operate, the medical equipment to contain the virus, and the physical space to quarantine. A union representative for officers at the Oakdale facility in Louisiana, where the first death of a federal inmate occurred on March 28, 2020, reported, "[w]e don't know how to protect ourselves. Staff are working 36-hour shifts – there's no way we can keep going on like this."[9] According to one account, "more than a dozen workers in the

Bureau of Prisons . . . have said that federal prisons are ill-prepared for a coronavirus outbreak. Many lack basic supplies, like masks, hand sanitizer and soap."[10] A prison employee at the U.S. Penitentiary in Atlanta said, "We do not have enough masks; we do not have the supplies needed to deal with this. We don't have enough space to properly quarantine inmates."[11]

## II.     Courts Are Granting Relief Based on COVID-19

Courts have cited the dangers of the COVID-19 pandemic to grant release at all stages of the criminal justice process.

Numerous courts are also considering COVID-19 when reducing COVID-19 virus and its effects in California constitute 'another compelling reason'" justifying temporary release under § 3142(i)); *United States v. Jaffee*, No. 19-cr-88 (D.D.C. Mar. 26, 2020)(releasing defendant with criminal history in gun & drug case, citing "palpable" risk of spread in jail and "real" risk of "overburdening the jail's healthcare resources"; "the Court is. . . convinced that incarcerating the defendant while the current COVID-19 crisis continues to expand poses a greater risk to community safety than posed by Defendant's release to home confinement"); *United States v. Harris*, No. 19-cr-356 (D.D.C. Mar. 26, 2020) ("The Court is convinced that incarcerating Defendant  while the current COVID-19 crisis continues to expand poses a far greater risk to community safety than the risk posed by Defendant's release to home confinement on . . . strict conditions."); *United States v. Perez*, No.19 CR. 297 (PAE), 2020 WL1329225,at *1 (S.D.N.Y.Mar.19, 2020) (releasing defendant due to the "heightened risk of dangerous complications should he

contract COVID-19"); *United States v. Stephens*, 2020 WL1295155, __ F.Supp.3d __ (S.D.N.Y.Mar.19, 2020) (releasing defendant in light of "the unprecedented and extraordinarily dangerous nature of the COVID-19 pandemic"); *In re Manrigue*, 2020 WL1307109 (N.D. Cal. Mar. 19, 2020) ("The risk that this vulnerable person will contract COVID-19 while in jail is a special circumstance that warrants bail.").

Congress has also expressed its support for reducing incarceration to mitigate the dangers of COVID-19. The purpose of the CARES Act, which was passed by Congress with unanimous bipartisan support and signed into law by the President on March 27, 2020, is to "[p]rovid[e] emergency assistance and health care response for individuals, families and businesses affected by the 2020 coronavirus pandemic."

In the Act, Congress expressed its view that, in response to the pressures of the pandemic, the federal prison population should be reduced by expanding BOP's authority to release inmates to home detention.[19]

## III.    The BOP Cannot Provide Needed Medical Care

COVID-19 has not even reached its peak in most regions of the country. Yet the constellation of realities that already exist in the federal prison system is grave: federal inmates and staff are dying from COVID-19; inmates and staff are testing positive for COVID-19 at facilities throughout the country at an exponentially increasing rate; and, according to reports from BOP's own employees, facilities have neither the manpower nor the medical equipment to contain the spread of the virus, treat infected individuals, or properly quarantine individuals.

To fulfill its duty to provide needed medical care in the most effective manner during this pandemic, the BOP must do two things. First, it must prevent the spread of COVID-19 within its facilities so that individuals do not contract the virus. Second, once a person is infected, the BOP must provide appropriate medical care to successfully treat that person and keep [him/her] alive. Unfortunately, BOP has proven it cannot do either. Petitioner requests that he be granted immediate release.

BOP cannot/has not prevent[ed] the spread—or even limit[ed]—the spread of COVID-19 in FCI Devens. COVID-19 is highly infectious and its spread simply cannot be prevented in conditions of confinement.

On May 13, 2020, the United States District Court in Massachusetts conducted a hearing in the case of *U.S. v. Pena*, No. 16-cr-10236-MCW, concerning Mr. Pena's application for compassionate release. During the course of the Warden's testimony, the Warden testified that only two inmates and one staff had tested positive at FMC Devens. *Testimony of Warden Spaulding*, May 13, 2020, *U.S. v. Pena*, Page 110. During the course of his testimony, the Warden was forced to acknowledge that during the time he testified, the numbers had increased to eight inmates and two staff. *I.d.* As stated previously, the numbers as of June 1, 2020 were 44 inmates and 45 staff.

"COVID-19 is a serious disease," which "makes certain populations of people severely ill"[22]— including those with obesity, who are holder and who have cardiovascular issues. The overall case fatality rate for COVID-19 has been estimated to range from 0.3 to3.5%, which is 5-35 times the fatality associated with influenza infection," and "varies

significantly depending on the presence of certain demographic and health factors."[23] "The case fatality rate is higher in men, and varies significantly with advancing age, rising after age 50, and above 5% (1 in 20 cases) for those with pre-existing medical conditions including cardio-vascular disease, respiratory disease, diabetes, and immune compromise."[24]

"Effective public health measures, including social distancing and hygiene for vulnerable populations, could reduce these numbers."[25] But prisons are "completely Unequipped to handle this pandemic because these measures are "extremely difficult to achieve and sustain" in a prison setting. Indeed, conditions of confinement create the ideal environment for the transmission of contagious disease.

Congregate settings such as jails and prisons allow for rapid spread of infectious diseases that are transmitted person to person, especially those passed by droplets through coughing and sneezing. When people must share dining halls, bathrooms, showers, and other common areas, the opportunities for transmission are greater. When infectious diseases are transmitted from person to person by droplets, the best initial strategy is to practice social distancing. When jailed or imprisoned, people have much less of an opportunity to protect themselves by social distancing than they would in the community. Spaces within jails and prisons are often also poorly ventilated, which promotes highly efficient spread of diseases through droplets. Placing someone in such a setting therefore dramatically reduces their ability to protect themselves from being exposed to and acquiring infectious diseases.[29]

For example, outbreaks of the flu regularly occur in jails, and during the H1N1 epidemic in 2009, many jails and prisons dealt with high numbers of cases.[30] "Given the experience in China as well as the literature on infectious diseases in jail, an outbreak of COVID-19 among the U.S. jail and prison population is likely."[31] Even in the best of times, prisons and jails have "long been known to be associated with high transmission probabilities of infectious diseases."[32]

Incarcerated individuals "are at special risk of infection" and "infection control is challenging."[33] Prisons and jails "contain high concentrations of people in close proximity and are breeding grounds for uncontrolled transmission [of infection]."[34] Incarcerated individuals share bathrooms, sinks, and showers. They eat together, and sleep in close proximity to each other. They often lack access to basic hygiene items, much less the ability to regularly disinfect their living quarters.[35] And the BOP is overcrowded: Low, medium, and high facilities are all operating at over-capacity and BOP's total inmate population exceeds the rated capacity of its prisons by an average of 12 to19 percent.[36] "The conditions and reality of incarceration makes prisons and jails tinderboxes for the spread of disease."[37] In short, "our jails are petri dishes"[38]

Further, now that people are sick, BOP does not have the capacity or equipment to treat them. "Most people in the higher risk categories," who contract COVID-19 "will require more advanced support: positive pressure ventilation, and in extreme cases, extracorporeal mechanical oxygenation. Such care requires highly specialized equipment in limited supply as well as an entire team of care providers, including but not limited to

1:1 or 1:2 nurse to patient ratios, respiratory therapists and intensive care physicians."[39] "For high risk patients who do not die from COVID-19, a prolonged recovery is expected to be required, including the need for extensive rehabilitation for profound deconditioning, loss of digits, neurological damage, and loss of respiratory capacity."[40]

The BOP simply does not have the staff or facilities to respond to this crisis humanely. Indeed, BOP has proven incapable of protecting the people within its walls — even on an ordinary day.[41] In 2016, DOJ's Office of Inspector General (OIG) found that BOP experienced chronic medical staff shortages and failed to take adequate measures to address them, endangering the safety and security of its institutions.[42] From 2010 to 2014, BOP's total medical staff was "approximately 17 percent less than what the BOP projected was necessary to provide what it considers to be 'ideal' care," and 12 institutions were so medically understaffed that they were described as "crisis level."[43] Lack of adequate staffing has resulted in medical personnel and other non-correctional staff working as guards,[44] and has made wait times for individuals to receive even routine medical care unacceptably long.[45]

Petitioner is 53 years-old. Moreover, BOP's care for its rapidly aging population— a population that is at grave risk for complications from COVID-19 — has been woefully inept.[46] According to OIG, BOP lacks appropriate staffing levels and infrastructure to address the needs of aging inmates.[47] Overcrowding prevents BOP from placing aging individuals in facilities that best address their medical needs.[48] Aging persons could wait years for routine medical equipment like eyeglasses or dentures.[49] These overcrowded and

understaffed facilities cannot provide routine care on a good day, let alone during a global pandemic.

Correctional experts agree that "America's 7,000 jails, prisons, juvenile and immigration detention centers are completely unequipped to handle this pandemic,"[50] and absent swift action, we will "see devastation that is Rikers Island may be the canary in the coalmine for the BOP and other prison systems during this pandemic. Rikers Island, a New York State correctional institution, did not heed expert advice to rapidly reduce its prison population.

COVID-19 has infected the institution at an exponential rate:

Rikers now suffers an infection rate that is five times higher than the rest of New York City and is thirty-four times higher than the United States. Rikers is no outlier. The Cook County jail in Chicago went from two positive COVID-19 cases to 101 confirmed cases in a week. The progression of COVID-19 in these facilities is a harbinger of what will happen within the federal prison system as the virus continues to spread.

## IV. Petitioner is at High Risk for Severe Illness Due to Age and/or Underlying Conditions

The CDC has issued guidance that individuals at higher risk of contracting COVID-19 – older adults and people of any age who have serious underlying medical conditions such as chronic lung disease or moderate to severe asthma, heart disease, diabetes, severe obesity, and people who are immunocompromised (including from cancer treatment, smoking, bone marrow or organ transplantation, poorly controlled HIV or AIDS, prolonged use of corticosteroids and other immune-weakening medications)[56] – take

immediate preventative actions, including staying home, washing hands often, and avoiding close quarters.[57] Such precautions are not possible in the BOP.

CDC reports that "8 out of 10 deaths [in the United States] . . . have been in adults 65 years old and older" and "31-59% of adults 65-84 years old with confirmed COVID-19 have required hospitalization."[58] This trend maintains globally and in the BOP: the regional director for WHO Europe has reported that "95% of COVID-19 fatalities on the continent have been people older than 60" and "more than 50% of all deaths in Europe were people aged 80 or older"[59]and the BOP has reported that of the 27 individuals who died from COVID-19while in its custody, 22 were age 50 or older.[60] Based on a study that "examined data from individuals who tested positive for COVID-19 in 38 countries[,]. . . risk of death from the disease rose with each decade of age."[61] "The chance that a COVID-19 patient would develop symptoms severe enough to require hospitalization, especially for respiratory support, also rose sharply with age."[62]

COVID-19 is caused by a new coronavirus and "[o]lder people are not as good at reacting to microorganisms they haven't encountered before."[63] "With advancing age, the body has fewer T cells, which produce virus-fighting chemicals. By puberty, the thymus is producing tenfold fewer T cells than it did in childhood" and "by age 40 or 50, there is another tenfold drop."[64] "That leaves the body depleted of T cells" that would, in a younger person, "be deployed against a never-before-seen microbe" such as the novel coronavirus.[65]

Due to reduced immunity, when an older person contracts a virus it "is likely to stick around and cause complications."[66]"[G]enerally, people aged 65 and over are at risk

of getting pneumonia, as well as people with medical conditions such as diabetes, cancer or a chronic disease affecting the lungs, heart, kidney or liver, smokers, . . . and infants aged 12 months and under."[67] "[T]here is evidence that pneumonia caused by COVID-19 may be particularly severe" because "cases of coronavirus pneumonia tend to affect all of the lungs, instead of just small parts."[68] "[T]he body's response is first to try and destroy [the virus] and limit its replication."[69] But the immune response "can be impaired in some groups, including people with underlying heart and lung conditions, diabetes and the elderly."[70] Indeed, "[a]ge is the major predictor of risk of death from pneumonia" and "[p]neumonia is always serious for an older person."[71]

According to a recent analysis by the CDC, "people with chronic conditions including diabetes, lung disease and heart disease appear to be at higher risk of severe illness from COVID-19."[72] The report revealed "78% of COVID-19 patients in the U.S. requiring admission to the intensive care unit had at least one underlying condition. And 94% of hospitalized patients who died had an underlying condition."[73] "Among COVID-19 patients admitted to the ICU, 32% had diabetes, 29% had heart disease and 21% had chronic lung disease, which includes asthma, COPD and emphysema. In addition, 37% had other chronic conditions including hypertension or a history of cancer."[74] The BOP has reported that of the 27 individuals who died from COVID-19 while in custody, all had "pre-existing medical conditions."[75]



"[P]eople with heart conditions really are at high risk of developing complications."[76] "Of the first 44,672 diagnosed COVID-19 cases in China, patients with cardiovascular diseases had the highest fatality rate, at 10.5%. Other heart conditions include previous heart attacks or strokes."[77]  "When the coronavirus enters your body and gets down to your lungs, what it does is stop the lungs effectively passing oxygen through into the blood, and so the heart has to work harder to pump that blood, which has less oxygen in it," through the body, and if there is "an underlying heart condition, that will put excess strain on [the] heart and lead to further complications."[78] By "taxing the system as a whole," the virus "could exacerbate problems for someone with heart failure, where the heart is already having problems pumping efficiently."[79]

When infected with COVID-19, "the lungs turn grey all over as the infection works from the outer air sacs of the lungs.  Fluid, pus and debris build.  And patients develop Acute Respiratory Distress Syndrome [ARDS]."[80]  "There is no cure for ARDS.

Ventilators buy time as the body tries to heal but the lack of oxygen and the assault on the body put a tremendous strain on the heart. Many patients develop heart failure. Those with weak hearts to begin with are most at risk."[81]

"A virus also may pose a special risk for people who have the fatty buildup known as plaque in their arteries" and "[e]vidence indicates similar viral illnesses can destabilize these plaques, potentially resulting in the blockage of an artery feeding blood to the heart, putting patients at risk of heart attack."[82] "Someone with an underlying heart issue also might have a less robust immune system" and when they catch a virus "it's likely to stick around and cause complications."[83] "When a patient gets infected with something like this coronavirus, the fever causes a spike in the heart rate. Shortness of breath means the patient gets less oxygen. People with limited cardiac capacity can go into arrest."[84]

**Petitioner suffers from obesity**

People with obesity are more susceptible to contracting viruses and prone to complications from these viruses. "Obesity can increase inflammation and weaken a person's immune system, making it more difficult to combat infections."[97] "Excessive weight, and the poor-quality diet that causes it, is strongly associated with insulin resistance, chronic inflammation and other abnormalities that may lower immunity to viral respiratory infection or predispose to complications."[98] "In general, patients with severe obesity are a more challenging population to manage in the intensive care setting" and "will have less physiologic reserve if they develop any severe illness, particularly a respiratory infection like COVID-19."[99] "Extra weight can also put pressure on the lungs and make it

more difficult to breathe, making complications from COVID-19 — a respiratory illness — more likely."[100]

Per5 the Defendant's prison medical records, he weighed 290 pounds on February 25, 2020. The prison is also treating him for obesity, mental illness and high blood pressure. Records available upon request and are in the possession of counsel.

## CONCLUSION

Mr. Nygren suffers from several high risk factors related to his age, medical condition and weight. He qualifies for compassionate release and should so be released.

DATED: June 2, 2020

/s/Stephen C. Smith
Stephen C. Smith   Bar No. 8720
Attorney for Petitioner
LIPMAN & KATZ
PO Box 1051
Augusta ME 04332-1051
*ssmith@lipmankatz.com*
207-622-3711

FOOTNOTES TO
PETITIONER'S SUPPLEMENTAL BRIEF
TO EMEGENCY MOTION FOR MODIFICATION OF SENTENCE
PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)
IN LIGHT OF THE IMMINENT THREAT OF CONTRACTING
THE COVID-19 VIRUS

[A] *Undersigned counsel acknowledges the bulk and substance of this Supplemental Brief were substantially copied from material available from the federal Defendants' National Training office. This Supplemental Brief contains highly edited and modified versions of the brief on this topic which may also contain otherwise unacknowledged extensive passages from the Defender Training Materials.*

[1] World Health Organization*, WHO Director-General's Opening Remarks* (March 11, 2020), https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020.

[2] White House, *Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak* (Mar. 13, 2020), https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/(declaring "the COVID-19 out break in the United States constitutes a national emergency, beginning March 1, 2020").

[3] *Coronavirus Map: Tracking the Spread of the Outbreak*, N.Y. Times, https://www.nytimes.com/interactive/2020/world/coronavirus-maps.html(last visited June 1, 2020)("*Coronavirus Map*").

[4] *Coronavirus Map*.

[5] *See* Fed. Defenders of New York Southern & Eastern Districts, *BOP COVID-19 Charts and Graphs,*https://federaldefendersny.org/assets/uploads/BOP_COVID-19_Charts_and_Graphs.4.22.pdf (indicating the cumulative BOP rate of rise since March 20, 2020, as of April 22, 2020,is 955.70%,while the national cumulative rate of rise for that period is 498.13%) (last visited April 26, 2020).

[6] *See* Fed. Bureau of Prisons, *BOP: COVID-19 Update* https://www.bop.gov/coronavirus/index.jsp(last visited Apr. 26, 2020).

[7] *See*Fed. Bureau of Prisons, *BOP: COVID-19 Update*,https://www.bop.gov/coronavirus/index.jsp(lastvisited Apr. 26, 2020).

[8]Lisa Freeland, *et al.*, *We'll See Many More Covid-19 Deaths in Prisons if Barr and Congress Don't Act Now*,Wash. Post (Apr. ,2020),https://www.washingtonpost.com/opinions/2020/04/06/covid-19s-threat-prisons-argues-releasing-at-risk-offenders/.

[9]Kimberly Kindy, *An Explosion of Coronavirus Cases Cripples a Federal Prison in Louisiana*, Wash. Post (Mar. 29, 2020),https://www.washingtonpost.com/national/an-explosion-of-coronavirus-cases-cripples-a-federal-prison-in-louisiana/2020/03/29/75a465c0-71d5-11ea-85cb-8670579b863d_story.html ("Kindy, *Explosions of Coronavirus Cases*").

[10]*Outbreaks in Jails and Prison Prove Hard to Contain*, N.Y. Times, https://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html?referringSource=articleShare ) "*Outbreaks in Jails and Prisons*")(last visited Apr.23,2020).

[11]*Outbreaks in Jails and Prisons*.

[19]*See also* Order (Doc No. 662), at 7, *United States v. Copeland*, 2:05-cr-135-DCN (D.S.C. March 24, 2020)("Congress has expressed its desire for courts to 'use all available powers and authorities . . . to reduce the number of federal prisoners in . . . prisons,' especially individuals like defendant" who had underlying conditions).

[22]Beyrer Decl. ¶ 5; Golob Decl.¶ 3.

[23]Beyrer Decl.¶¶ 5-6.

[24]Breyer Decl. ¶ 6.*See also* Golob Decl. ¶ 4 ("Inthe highest risk populations, the case fatality rate isabout 15%.").

[25]Golob Decl. ¶ 10.

[29]Declaration of Dr. Jaimie Meyer,MD,¶ 9 (Exhibit C). This declaration was prepared in connection with litigation unrelated to the instant case, and was previously filed as an exhibit to petitioner's Motion for Preliminary Injunction, Doc.42., *Velesaca v. Wolf* et. al, 1:20-cv-01803-AKH (S.D.N.Y. Mar. 16, 2020).

[30]*Prisons and Jails are Vulnerable to COVID-19 Outbreaks*, The Verge (Mar.7,2020), https://www.theverge.com/2020/3/7/21167807/coronavirus-prison-jail-health-outbreak-covid-19-flu- soap.

[31](*See* Rhea Mahbubani,*Chinese Jails Have Become Hotbeds of Coronavirus As More Than 500 Cases Have Erupted, Prompting the Ouster of Several Officials*, Business Insider (Feb. 21, 2020), at https://www.businessinsider.com/500-coronavirus-cases-reported-in-jails-in-china-2020-2).

[32]Letter from Patricia Davidson, Dean, Johns Hopkins School of Nursing, et al., to Hon. Larry Hogan, Governor of Maryland (Mar.25,2020), https://bioethics.jhu.edu/wp-content/uploads/2019/10/Johns-Hopkins-faculty-letter-on-COVID-19-jails-and-prisons.pdf (co-signed by over 200 faculty members of Johns Hopkins Bloomberg School of Public Peath, School of Nursing, and School of Medicine) ("Johns Hopkins Letter").

[33]Open Letter from Gregg S. Gonsalves, Assistant Professor, Department of Epidemiology of Microbial Diseases, Yale School of Public Health, et al. to Vice President Mike Pence and Other Federal, State and Local Leaders 4 (Mar. 2, 2020),https://law.yale.edu/sites/default/files/area/center/ghjp/documents/final_covid-19_letter_from_public_health_and_legal_experts.pdf (co-signed by 814 experts in public health, law and human rights); *see also* Joseph A. Bick,  *Infection Control in Jails and Prisons*, 45 Clinical Infectious Diseases 1047-155 (2007), https://doi.org/10.1086/521910.

[34]Letter from Dr. Sandro Galea, Dean, Boston University School of Public Health, et al., to PresidentTrump1 (Mar. 27, 2020), https://thejusticecollaborative.com/wp-content/uploads/2020/03/Public-Health-Expert-Letter-to-Trump.pdf (co-signed by numerous public health officials from leading  medical and public health institutions) ("Public Health Experts' Letter").

[35]*See e.g.*, David Patton, Exec. Director, *Statement from Federal Defenders of New York*, Federal Defenders of New York (Mar. 8,2020), https://federaldefendersny.org/about-us/news/statement-from-federal-defenders-of-new-york.html; Public Health Experts' Letter, at 1; Timothy Williams etal., *'Jails Are Petri Dishes': Inmates Freed as the Virus Spreads Behind Bars*, NY Times(Mar. 30, 2020), https://www.nytimes.com/2020/03/30/us/coronavirus-prisons-jails.html) (*"Jails Are Petri Dishes"*);

[36]*See* Fed. Bureau of Prisons, *Federal Bureau of Prisons Program Fact Sheet* (rev. July 31, 2019), https://www.bop.gov/about/statistics/docs/program_fact_sheet_20191004.pdf.; *see also* U.S. Dep't of Justice, *FY2020 Performance Budget Congressional Submission Federal Prison Systems Buildings and facilities*3, https://www.justice.gov/jmd/page/file/1144631/download(last visited Apr.1, 2020).

[37]Kindy, *Explosions of Coronavirus Cases* (quoting Udi Ofer, director of the American Civil LibertiesUnion's Justice Division).

[38]Williams,*"Jails Are Petri Dishes".*

[39]Golob Decl. ¶ 6.

[40]Golob Decl. ¶ 4.

[41]*See, e.g.*, U.S. Dep't of Justice Office of the Inspector General, *Review of the Federal Bureau of Prisons' Medical Staffing Challenges* (Mar. 2016), https://oig.justice.gov/reports/2016/e1602.pdf("*Medical Staffing Challenges*"); U.S. Dep't of Justice Office of the Inspector General, *The Impact of an Aging Inmate Population on the Federal Bureau of Prisons* (Rev. Feb. 2016), https://oig.justice.gov/reports/2015/e1505.pdf ("*Aging Inmate Population*").

[42]*Medical Staffing Challenges*, at i, 1-2.

[43]*Id.*at 1.

[44]*See Oversight of the Federal Bureau of Prisons and Implementation of the First Step Act of 2018:Hearing before the Subcomm. on Crime, Terrorism, and Homeland Security of the H. Comm. on the Judiciary*, 115th Cong. 2-4 (2019) (statement of Kathleen Hawk Sawyer, Director, Fed. Bureau of Prisons), https://docs.house.gov/meetings/JU/JU08/20191017/110089/HHRG-116-JU08-Wstate-SawyerK-20191017.pdf; Hamilton, *Sick Staff*.

[45]*See Aging Inmate Population*, at 17-19.

[46]*See* CDC, *People at HigherRisk for Severe Illness*.

[47]*See Aging Inmate Population*, at i-ii.

[48]*See id.*at 25-26.

[49]*See id.*at 17-19. One incarcerated individual requested dentures in 2010 and had still not receivedthem when he was interviewed by OIG years later.  He said "this makes it extremely hard to eat because he cannot chew food." *Id.* at 18. Another aging person had waited two years for an eye examination and was using a magnifying glass in the interim. *Id.* at 19.

[50]Robin McDowell &Margie Mason, *Locked up: No Masks, Sanitizer as Virus Spreads Behind Bars*, AP News / SFGate (Mar. 29, 2020), https://www.sfgate.com/news/medical/article/Fear-behind-bars-as-the-coronavirus-spreads-15163433.php.

[56] Centers for Disease Control and Prevention, *People Who Are at Higher Risk for Severe Illness*, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-

higher-risk.html (CDC, *People at Higher Risk for Severe Illness*) (last visited Apr. 1, 2020).

[57] Centers for Disease Control and Prevention, *What You Can Do*, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/what-you-can-do.html (last visited Apr. 1, 2020).

[58] Centers for Disease Control and Prevention, *Coronavirus Disease 2019 (COVID-19): Older Adults*, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/older-adults.html (last visited Mar. 21, 2020).

[59] Alex Lardieri, *WHO: Nearly All Coronavirus Deaths in Europe Are People Aged 60 and Older*, U.S. News & World Rep. (Apr.2, 2020), https://www.usnews.com/news/world-report/articles/2020-04-02/who-nearly-all-coronavirus-deaths-in-europe-are-people-aged-60-and-older.

[60] *See* Fed. Bureau of Prisons, *BOP News Stories* https://www.bop.gov/resources/news_stories.jsp (last visited Apr.26, 2020).

[61] Erin Schumaker, Risk for Severe COVID-19 Increases with Each Decade of Age, ABC News (Apr.1, 2020),https://abcnews.go.com/Health/risk-severe-covid-19-increases-decade-age/story?id=69914642.

[62] Sharon Begley, *What Explains Covid-19's Lethality for the Elderly? Scientists Look to 'Twilight' of the Immune System*, Stat News(Mar. 30, 2020), https://www.statnews.com/2020/03/30/what-explains-coronavirus-lethality-for-elderly/ ("Begley,*What Explains Covid-19's Lethality for the Elderly?*").

[63] Begley, *What Explains Covid-19's Lethality for the Elderly?*

[64] Begley, *What Explains Covid-19's Lethality for the Elderly?*

[65] Begley, *What Explains Covid-19's Lethality for the Elderly?*

[66] *What Heart Patients Should Know about Coronavirus*, Am. Heart Ass'n News (Mar. 24, 2020), https://www.heart.org/en/news/2020/02/27/what-heart-patients-should-know-about-coronavirus
*What Heart Patients Should Know about Coronavirus*, Am. Heart Ass'n News

[67] Graham Readfearn, *What Happens to People's Lungs When They Get Coronavirus?*, The Guardian (Apr. 1, 2020), https://www.theguardian.com/world/2020/apr/01/what-

[happens-to-peoples-lungs-when-they-get-coronavirus-acute-respiratory-covid-19](happens-to-peoples-lungs-when-they-get-coronavirus-acute-respiratory-covid-19)
("Readfearn, *WhatHappens to People's Lungs?*").

[68]Readfearn, *What Happens to People's Lungs?*

[69]Readfearn, *What Happens to People's Lungs?*

[70]Readfearn, *What Happens to People's Lungs?*

[71]Readfearn, *What Happens to People's Lungs?*

[72]Aubrey, *Who's Sickest from COVID-19? These Conditions Tied to Increased Risk*, NPR (Mar. 31, 2020), [https://www.npr.org/sections/coronavirus-live-updates/2020/03/31/824846243/whos-sickest-from-covid-19-these-conditions-tied-to-increased-risk](https://www.npr.org/sections/coronavirus-live-updates/2020/03/31/824846243/whos-sickest-from-covid-19-these-conditions-tied-to-increased-risk) ("Aubrey, *Who's Sickest from COVID-19?*").

[73]Aubrey, *Who's Sickest From COVID-19*

[74]Aubrey, *Who's Sickest From COVID-19?*

[75]*See* Fed. Bureau of Prisons, *BOP News Stories* [https://www.bop.gov/resources/news_stories.jsp](https://www.bop.gov/resources/news_stories.jsp) (last visited Apr.26, 2020).

[76] Emmanuel Ocbazghi, *How COVID-19 Affects People with Diabetes, Cancer, and Other Conditions*, Bus. Insider (Apr. 2, 2020), [https://www.businessinsider.com/how-covid-19-affects-conditions-diabetes-asthma-cancer-underlying-copd-2020-3](https://www.businessinsider.com/how-covid-19-affects-conditions-diabetes-asthma-cancer-underlying-copd-2020-3) ("Ocbazghi, *How COVID-19 Affects People*").

[77] Ocbazghi, *How COVID-19 Affects People.*

[78] Ocbazghi, *How COVID-19 Affects People.*

[79] *What Heart Patients Should Know,* Am. Heart Ass'n News.

[80] Katharin Czink, et al., *Why COVID-19 Is So Dangerous for the Heart*, WGNTV (Mar. 30, 2020), [https://wgntv.com/news/medical-watch/why-covid-19-is-so-dangerous-for-the-heart/](https://wgntv.com/news/medical-watch/why-covid-19-is-so-dangerous-for-the-heart/) ("Czink, *Why COVID-19 Is So Dangerous*").

[81] Czink, *Why COVID-19 Is So Dangerous.*[82] *What Heart Patients Should Know,* Am. Heart Ass'n News.[83] *What Heart Patients Should Know,* Am. Heart Ass'n News.[84] Joel Achenbach, et al., *New CDC Data Shows Danger of Coronavirus for those With Diabetes, Heart or Lung Disease, Other Chronic Conditions*, Wash. Post (Mar. 31, 2020), https://www.washingtonpost.com/health/new-cdc-data-on-underlying-health-conditions-in-coronavirus-patients-who-need-hospitalization-intensive-care/2020/03/31/0217f8d2-7375-11ea-85cb-8670579b863d_story.html ("Achenbach, *New CDC Data Shows Danger of Coronavirus"*).

[82] *What Heart Patients Should Know*, Am. Heart Ass'n News.

[83] *What Heart Patients Should Know*, Am. Heart Ass'n News.

[84] Joel Achenback, et al., *New CDC Data Shows Danger of Coronoavirus for those With Diabetes, Heart or Lung Disease, Other Chronis Conditions*, Wash. Post (Mar. 31, 2020). https://www.washingtonpost.com/health/new-cdc-data-on-underlying-health-conditions-in-coronavirus-patients-who-need-hospitalization-intensive-care/2020/03/31/0217f8d2-7375-11ea-85cb-8670579b863d_story.html ("Achenbach, *New CDC Data Shows Danger of Cornavirus"*).