# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **Criminal No.: 1:16-cr-00106-JAW** |
| | ) |
| **STEVEN NYGREN** | ) |

## WITHDRAWAL OF MOTION TO SEAL

The government hereby withdraws its motion to seal and two documents previously submitted under seal as Attachments 5 and 6 to the government response docketed at ECF 100.

Attachments 5 and 6 as submitted under seal contained extraneous medical information and PII not cited in or relevant to the government's pleading. Pursuant to the Court's order at ECF 104, the government has prepared redacted versions of those records excising the irrelevant and personally identifying information. The redacted documents have been approved by defense counsel. Counsel for the government has added these redacted records as additional attachments to ECF 100 on the electronic docket, with cover sheets marking them as Attachments 5 and 6.

In the alternative, and to the extent the Court has already docketed the attachments under seal and is disinclined to allow their withdrawal at this time, the government hereby withdraws its motion only as to the unredacted information in the substitute attachments described above, and asks that the redacted information remain under seal.

Respectfully submitted,

HALSEY B. FRANK
United States Attorney

BY:

/s/CHRIS RUGE
Date: June 16, 2020          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2020, I filed the above document with the Clerk of Court via electronic mail with a copy electronically mailed to the following:

Stephen C. Smith, Esq.

                    HALSEY B. FRANK
                    United States Attorney

                    /s/ Chris Ruge, Esq.
                    Assistant United States Attorney
                    United States Attorney's Office
                    202 Harlow Street, Suite 111
                    Bangor, ME 04401
                    (207) 945-0373
                    chris.ruge@usdoj.gov