# United States Court of Appeals
## For the First Circuit

_____

No. 20-1778

UNITED STATES,

Appellee,

v.

STEVEN NYGREN,

Defendant - Appellant.

_____

Before

Howard, <u>Chief Judge</u>,
Thompson and Barron, <u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: December 22, 2020

    "Appellant's Motion to Withdraw Appeal" is construed as an unopposed motion to voluntarily dismiss the appeal. The appeal is voluntarily dismissed.

    Mandate to issue forthwith.

                                              By the Court:

                                              Maria R. Hamilton, Clerk

cc:
Steven Nygren
Frank Todd Lowell
Joel B. Casey
Julia M. Lipez
Chris Ruge