# United States Court of Appeals
## For the First Circuit

No. 20-1778

UNITED STATES

Appellee

v.

STEVEN NYGREN

Defendant - Appellant

**MANDATE**

Entered: December 22, 2020

    In accordance with the judgment of December 22, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Joel B. Casey
Julia M. Lipez
Frank Todd Lowell
Steven Nygren
Chris Ruge