UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| STEVEN NYGREN | ) | |
|     Movant-Petitioner, | ) | 1:16-cr-00106-JAW |
| | ) | 1:20-cv-00445-JAW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO
GOVERNMENT'S MOTION FOR COURT ORDER AUTHORIZING
DISCLOSURE OF CONFIDENTIAL COMMUNICATIONS**

NOW COMES the United States of America, by and through its attorneys, Donald E. Clark, Acting United States Attorney for the District of Maine, and Chris Ruge, Assistant U.S. Attorney, and hereby replies to the defendant's response (ECF 163) to the government's motion for an order allowing disclosure of certain defense team information by Dr. Donnelly (ECF 161).

In his response, the defendant opines that the government is seeking underlying testing data from Dr. Donnelly. This is inaccurate. Raw testing data is specifically excluded from the government's prayer for relief.

Instead, the government is seeking an order that will facilitate conversation with and information gathering from Dr. Donnelly providing further detail on his receipt of relevant information from Dr. Kissin. Contrary to the defendant's assertion in his initial petition, his defense team, specifically Dr. Donnelly, did receive data from Dr. Kissin, as the defendant himself established at his sentencing. The government's motion is for the purpose of presenting the most accurate information to the court on this specific and central claim by the defendant.

To the extent that the defendant's response effectively incorporates a motion to extend the time to respond to the government motion at ECF 161, the government respectfully requests that such motion be denied. The defendant has, in fact, responded to the motion, and he does not

provide any reason to believe that additional time will provide a cogent basis for objecting to the government motion. If anything, the defendant's reply implies that he might not object. In any case, delay in granting this specific request is not reasonable. The government is seeking disclosure by Dr. Donnelly of defense team information covered by the attorney-client and work-product privilege, and this privilege was specifically waived by the defendant by bringing the claims in his petition. Even in light of the recently granted extension for filings in support of the defendant's initial motion, the requested additional delay in granting the government's requested relief is not only unnecessary, but counter to judicial economy and the efficient administration of this case. Fed.R.Crim.P. 2.

Date: May 21, 2021                                      Respectfully submitted,

                                                        DONALD E. CLARK
                                                        Acting United States Attorney

                                                        **BY:  /s/  CHRIS RUGE**
                                                        CHRIS RUGE
                                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

       I hereby certify that on May 21, 2021 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and notification of such filing will be sent by U.S. mail to the following:

STEVEN R. NYGREN
*PRO SE*
FMC Devens (Camp)
P.O. Box 879
Ayer, MA 04132

                                                     Donald E. Clark
                                                     Acting United States Attorney

                                                     BY:  /s/  Chris Ruge
                                                     Chris Ruge
                                                   Assistant United States Attorney
                                                   United States Attorney's Office
                                                 202 Harlow Street, Suite 111
                                                 Bangor, ME 04401
                                                 (207) 945-0373
                                                 Chris.ruge@usdoj.gov